UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GARRELL 'GARY' McCUTCHEON, JR. and )
MELISSA K. McCUTCHEON,                )
                                       )
                    Plaintiffs,        )
                                       )     1:15-cv-0116-SEB-DML
            vs.                        )
                                       )
PAVCO TRUCKING CO., INC. and           )
TITAN TRANSFER, INC.,                  )
                                       )
                    Defendants.        )

Order Adopting Report and Recommendation and
Dismissing Complaint Without Prejudice

The Magistrate Judge submitted her Report and Recommendation Regarding Subject

Matter Jurisdiction and to Dismiss the Plaintiffs' Complaint without Prejudice. The parties were

afforded due opportunity as provided by statute and the rules of this Court to file objections;

none were filed. The Court, having considered the Magistrate Judge's Report and

Recommendation, hereby adopts it as the ruling of this Court.

Accordingly, the plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE because

the Court lacks subject matter jurisdiction.

IT IS SO ORDERED.

Dated: _____04/30/2015_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record by email through the court's ECF system